**Fill in this information to identify the case:**

Debtor 1    CARMEL NOEL

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 17-14785-mdc

# Form 4100R
## Response to Notice of Final Cure Payment                                        12/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:**   U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-11

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 4606

**Property address:**   2759 Tolbut St
Number  Street
Philadelphia, PA 19152
City       State       ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
                                                              MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                                (a) $ 2,905.53

b. Total fees, charges, expenses, escrow, and costs outstanding: Please see PPFN filed 05/04/2018.    +(b) $ 1,400.00

c. **Total.** Add lines a and b.                                                            (c) $ 4,305.53

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    07/01/2021
                                                                                            MM/DD/YYYY

Debtor1  CARMEL NOEL
        First        Middle        Last

Case number *(if known)* 17-14785-mdc

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/Mario Hanyon
   Signature

Date 08/05/2021

Print     Mario Hanyon
        First Name    Middle Name    Last Name

Title   Attorney

Company    Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    302 Fellowship Road, Ste 130
        Number        Street

Mount Laurel, NJ 08054
City        State    ZIP Code

Contact phone   844-856-6646 x4560     Email pabkr@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br><br>CARMEL NOEL | Case No. 17-14785-mdc<br><br>Chapter 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-11,<br><br>    Movant<br><br>vs.<br><br>CARMEL NOEL,<br><br>    Debtor<br><br>and<br><br>William C. Miller, Trustee<br><br>    Respondent | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response To Notice Of Final Cure Payment has been electronically served or mailed, postage prepaid on August 5, 2021 to the following:

Service by First-Class mail:
CARMEL NOEL
2759 TOLBUT ST
PHILADELPHIA, PA 19152

Service by Electronic means:
BRAD J. SADEK, Debtor's Attorney
1315 WALNUT ST
STE 502
PHILADELPHIA, PA 19107

William C. Miller, Bankruptcy Trustee
Chapter 13 Trustee
P.O. Box 40837
Philadelphia, PA 19107

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

*/s/ Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x4560
Facsimile:  704-369-0760
E-Mail:  pabkr@brockandscott.com

| Due Date | Due Amt | Date Received | Received Amt |
|---:|---:|---:|---:|
| 8/1/2017 | 1521 | 10/4/2017 | 1,521.00 |
| 9/1/2017 | 1521 | 10/4/2017 | 1,521.00 |
| 10/1/2017 | 1521 | 11/15/2017 | 1,521.00 |
| 11/1/2017 | 1521 | 12/13/2017 | 1,521.00 |
| 12/1/2017 | 1521 | 1/10/2018 | 1,521.00 |
| 1/1/2018 | 1518.19 | 2/12/2018 | 1,521.00 |
| 2/1/2018 | 1518.19 | 3/16/2018 | 1,521.00 |
| 3/1/2018 | 1518.19 | 4/17/2018 | 1,521.00 |
| 4/1/2018 | 1518.19 | 5/23/2018 | 1,521.00 |
| 5/1/2018 | 1518.19 | 6/13/2018 | 1,521.00 |
| 6/1/2018 | 1518.19 | 7/13/2018 | 1,521.00 |
| 7/1/2018 | 1518.19 | 8/14/2018 | 1,521.00 |
| 8/1/2018 | 1518.19 | 9/17/2018 | 2.81 |
| 9/1/2018 | 1518.19 | 9/17/2018 | 1,518.19 |
| 10/1/2018 | 1518.19 | 10/17/2018 | 1,521.00 |
| 11/1/2018 | 1518.19 | 12/13/2018 | 1,521.00 |
| 12/1/2018 | 1520.78 | 1/14/2019 | 1,521.00 |
| 1/1/2019 | 1520.78 | 2/14/2019 | 1,521.00 |
| 2/1/2019 | 1520.78 | 3/12/2019 | 1,521.00 |
| 3/1/2019 | 1520.78 | 4/9/2019 | 1,521.00 |
| 4/1/2019 | 1520.78 | 5/13/2019 | 1,521.00 |
| 5/1/2019 | 1520.78 | 7/22/2019 | 1521 |
| 6/1/2019 | 1520.78 | 8/5/2019 | 1521 |
| 7/1/2019 | 1520.78 | 8/21/2019 | 1521 |
| 8/1/2019 | 1520.78 | 9/19/2019 | 1521 |
| 9/1/2019 | 1520.78 | 10/21/2019 | 1521 |
| 10/1/2019 | 1520.78 | 11/15/2019 | 1521 |
| 11/1/2019 | 1520.78 | 12/17/2019 | 1521 |
| 12/1/2019 | 1512.83 | 1/2/2020 | 1512.83 |
| 1/1/2020 | 1512.83 | 2/14/2020 | 1521 |
| 2/1/2020 | 1512.83 | 3/13/2020 | 1521 |
| 3/1/2020 | 1512.83 | 4/8/2020 | 1521 |
| 4/1/2020 | 1512.83 | 5/6/2020 | 1521 |
| 5/1/2020 | 1512.83 | 6/3/2020 | 1521 |
| 6/1/2020 | 1512.83 | 7/7/2020 | 1521 |
| 7/1/2020 | 1512.83 | 8/5/2020 | 1521 |
| 8/1/2020 | 1512.83 | 9/10/2020 | 1521 |
| 9/1/2020 | 1512.83 | 10/7/2020 | 1521 |
| 10/1/2020 | 1512.83 | 11/6/2020 | 1521 |
| 11/1/2020 | 1512.83 | 12/14/2020 | 1521 |
| 12/1/2020 | 1519.55 | 1/13/2021 | 1521 |
| 1/1/2021 | 1519.55 | 2/3/2021 | 1521 |
| 2/1/2021 | 1519.55 | 3/10/2021 | 1521 |
| 3/1/2021 | 1519.55 | 4/7/2021 | 1521 |
| 4/1/2021 | 1519.55 | 5/11/2021 | 1521 |
| 5/1/2021 | 1519.55 | 6/9/2021 | 1521 |
| 6/1/2021 | 1519.55 | 7/16/2021 | 1521 |
| 7/1/2021 | Due | 8/14/2021 | 1521 |

| Due Date | Due Amt |
|---:|---:|
| 7/1/2021 | 1519.55 |
| 8/1/2021 | 1519.55 |

| | | | |
|---|---|---|---|
| Total | 71345.26 | | 71,478.83 |
| Suspense | | 133.57 | |

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | CARMEL NOEL | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | EASTERN | District of PA (State) |
| Case Number | 17-14785 MDC | |

# Official Form 410S2
## Amended Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-11

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 4606

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No.
☐ Yes. Date of last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney fees | 11/14/2017 – Preparation/Filing of Objection to Plan<br>12/13/2017 – Plan Review | (3) | $500.00<br>$150.00 |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | 11/14/2017 - Preparation/Filing of Proof of Claim | (5) | $750.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. | Other. Specify:_____ | | (11) | $ |
| 12. | Other. Specify:_____ | | (12) | $ |
| 13. | Other. Specify:_____ | | (13) | $ |

14. Other. Specify: _____    (14)    $ _____

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X  /s/ Jerome Blank, Esquire                          Date    May 4, 2018
   Signature

Print:       Jerome Blank, Esq., Id. No.49736         Title   _____
             First Name    Middle Name    Last Name

Company      Phelan Hallinan Diamond & Jones, LLP

Address      1617 JFK Boulevard, Suite 1400

             Philadelphia, PA 19103

Contact Phone   215-563-7000                          Email   jerome.blank@phelanhallinan.com